O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT BROOKS,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FREUNHEIM, et al.,<br><br>Respondent. | Case No. 2:18-cv-10506-JAK-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Final Report and Recommendation of the U.S. Magistrate Judge (Dkt. 46). Further, the Court has engaged in a de novo review of those portions of the original Report and Recommendation (Dkt. 44) to which objections (Dkt. 45) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: February 18, 2021

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE