JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT BROOKS, | Case No. 2:18-cv-10506-JAK-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT FREUNHEIM, et al., | |
| Respondent. | |

Pursuant to the Court's Order Accepting Final Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 18, 2021

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE